MARY KANE, as Administratrix, etc., of THOMAS KANE, Deceased, Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.* †

Supreme Court, Appellate Term, Second Department, October 21, 1932.

*Tanner, Sillcocks & Friend* [*Dean Potter* of counsel], for the appellant.

*Irving A. Cook,* for the respondent.

PER CURIAM. Judgment unanimously reversed upon the law, with thirty dollars costs to appellant, and complaint dismissed, with appropriate costs in the court below.

Respondent states in her brief that she is not relying upon the answer to show that proofs of death were furnished. The papers having been marked for identification only and not having been received in evidence, plaintiff offered no proof that she complied with the condition of the policy and defendant's motion to dismiss should have been granted. There is no proof of waiver. No opinion.

All concur. Present — CROPSEY, MACCRATE and JOHNSTON, JJ.

* Revg. 143 Misc. 631.                    † Affd., 240 App. Div. 910.